**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**


Matthew R. Larson,                                   Civil No. 11-2068 (RHK/JJG)

             Plaintiff,                    **DISQUALIFICATION AND**
                                              **ORDER FOR REASSIGNMENT**

vs.

Macy's, Macy's Credit Card Services,
FDS Bank, Department Stores
National Bank,

             Defendants.


The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  July 28, 2011


             s/Richard H. Kyle
             RICHARD H. KYLE
             United States District Judge